UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

LORRIE  HAMILTON,                          )
                                           )
                        Plaintiff,         )
                                           )
            vs.                            )
                                           )      No. 1:12-cv-01614-SEB-DML
REPUBLIC AIRWAYS HOLDINGS                  )
doing business as REPUBLIC AIRLINES,       )
                                           )
                        Defendant.         )

## JUDGMENT

Pursuant to the Court's ruling simultaneously entered on this date, final judgment

is hereby entered in favor of Defendant and against Plaintiff.

IT IS SO ORDERED.


Date:  ____07/02/2014_____


_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jay Meisenhelder
EMPLOYMENT AND CIVIL RIGHTS LEGAL SERVICES
jaym@ecrls.com

David J. Carr
ICE MILLER LLP
david.carr@icemiller.com

Paul Conrad Sweeney
ICE MILLER LLP
paul.sweeney@icemiller.com

Kenneth D. Pack
REPUBLIC AIRWAYS HOLDINGS
kpack@rjet.com